John J. Randall, Respondent, v. Thomas E. Murray, Appellant.— Judgment and order affirmed by default, with costs. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Elmore T. Reilly, etc., Respondent, v. Charles Wille, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Louisa Sanders, Respondent, v. New York and Brooklyn Brewing Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Horatio Shoemaker, Respondent, v. Mary Meyer, Appellant.— Judgment and order of the County Court of. Dutchess county affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

Charles Signorelli, Respondent, v. The Henry Bonnard Bronze Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks and Burr, JJ., concurred; Thomas and Carr, JJ., dissented.

George Thompson, as Executor, etc., of Magdalene Meinert, Deceased, Appellant, v. Germania Savings Bank, Kings County, Respondent.— Appeal dismissed on argument, without costs. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

Frank Thorne, Appellant, v. American Brake Shoe and Foundry Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

The Village of Pelham Manor, Appellant, v. Westchester Lighting Company, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Burr and Thomas, JJ., concurred.

John Wagner, Appellant, v. Astoria Veneer Mills, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, Burr, Thomas and Carr, JJ., concurred; Woodward, J., dissented.

Charles M. Wells, Respondent, v. William J. Howard and Teresa Howard, Appellants.— The verdict was against the weight of the evidence and for that reason the judgment and order are reversed and a new trial granted, on condition that the plaintiff pay the costs of the trial and disbursements to date. Woodward, Jenks, Burr and Carr, JJ., concurred; Thomas, J., dissented as to defendant William J. Howard.